In the Matter of Thomas H. Collins, Petitioner, against Edgar Bromberger, as Chief City Magistrate of the City of New York, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Callahan, Shientag and Heffernan, JJ.

In the Matter of Thomas H. Collins, Petitioner, against Edgar Bromberger, as Chief City Magistrate of the City of New York, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Callahan, Shientag and Heffernan, JJ.

The People of the State of New York ex rel. Bank for Savings in the City of New York, Appellant, against Joseph Lilly et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [135–143 W. 65th St., 1941–1949 Broadway and 132–138 W. 66th St., Borough of Manhattan.]— Order unanimously modified so as to fix the assessed valuations for the tax years 1941–42 and 1942–43 as follows:

*Lot 15*
Land — $167,000      Building — $80,000 .................Total — $247,000
*Lot 24*
Land — $650,000      Building — $65,000 .................Total — $715,000
*Lot 42*
Land — $200,000      Building — $25,000 .................Total — $225,000
*Lots 47, 48, 49 and 50, each at*
Land — $ 27,000      Building — $10,000 .................Total — $ 37,000;
with total of

Land ........ $1,125,000
Buildings .... 210,000

Total ..... $1,335,000

and, as so modified, affirmed, with $20 costs and disbursements to the relator-appellant. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Shientag and Heffernan, JJ.

The People of the State of New York ex rel. Lincoln Square Properties, Inc., Appellant, against William W. Mills et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [1941–1959 Broadway, 133–143 W. 65th St. and 132–138 W. 66th St., Borough of Manhattan.] — Order unanimously modified so as to fix the assessed valuations for the tax years 1943–44 and 1944–45 at the values set for the tax years 1941–42 and 1942–43 for the same property in appeal in *People ex rel. Bank for Sav.* v. *Lilly* (*ante,* p. 918), decided herewith and, as so modified, affirmed, with $20 costs and disbursements to the relator-appellant. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Shientag and Heffernan, JJ.